# FINANCIAL DISCLOSURE REPORT
# FOR CALENDAR YEAR 2007

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)  McBryde, John H | 2. Court or Organization  U.S.Dist. Ct., N. Dist. of TX | 3. Date of Report  03/10/2008 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  Active U.S. District Judge | 5a. Report Type (check appropriate type)  ☐ Nomination, Date  ☐ Initial  ☑ Annual  ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2007 to 12/31/2007 |
| 7. Chambers or Office Address  501 West 10th Street  U.S. Courthouse, Room 401  Fort Worth, Texas 76102-3642 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2008 MAR 17 A 10: 50
FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| McBryde, John H | 03/10/2008 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McBryde, John II | 03/10/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. The Fort Worth Club | See explanation in Sec. VIII | $ 1,764 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McBryde, John H | 03/10/2008 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | COMMON STOCKS AND UNITS OF OWNERSHIP (2-18): | | | | | | | | | |
| 2. | Caterpillar Tractor | C | Dividend | M | T | | | | | |
| 3. | Chevron Corp. (formerly Chevron Texaco Corp.) | C | Dividend | M | T | | | | | |
| 4. | Exxon Mobil Corp. | C | Dividend | N | T | | | | | |
| 5. | General Electric Co. | C | Dividend | L | T | | | | | |
| 6. | The B.F. Goodrich Co. | A | Dividend | L | T | | | | | |
| 7. | ICO, Inc. | | None | J | T | | | | | |
| 8. | IBM | A | Dividend | K | T | | | | | |
| 9. | Johnson & Johnson | C | Dividend | M | T | | | | | |
| 10. | Permian Basin Royalty Trust | D | Dividend | M | T | | | | | |
| 11. | San Juan Basin Royalty Trust | D | Dividend | M | T | | | | | |
| 12. | Weyerhaeuser Co. | B | Dividend | L | T | | | | | |
| 13. | Intel Corp. | A | Dividend | J | T | | | | | |
| 14. | Plains All American Pipeline, L.P. | A | Dividend | J | T | | | | | |
| 15. | Bristol-Meyers Squibb Co. | A | Dividend | J | T | | | | | |
| 16. | FirstEnergy Corp. | A | Dividend | K | T | | | | | |
| 17. | EnPro Industries | | None | J | T | | | | | - |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McBryde, John H | 03/10/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. 3M Co. | A | Dividend | K | T | | | | | |
| 19. ************************ | | | | | | | | | |
| 20. BANK ACCOUNTS: | | | | | | | | | |
| 21. Frost Nat'l. Bank | A | Interest | J | T | | | | | |
| 22. ************************ | | | | | | | | | |
| 23. MUNICIPAL BONDS: | | | | | | | | | |
| 24. Tarrant Co. TX Hsg. Fin. Corp. Rev. Single Fam. Mtg. | A | Interest | J | W | Exchange | 5/30 11/23 | J | A | |
| 25. ************************ | | | | | | | | | |
| 26. MUTUAL FUNDS (NON-IRA) (27-36): | | | | | | | | | |
| 27. Eaton Vance Nat. Muni Fund | D | Dividend | M | T | | | | | |
| 28. Fidelity Investments - Magellan | E | Dividend | N | T | | | | | |
| 29. Fidelity Investments - Puritan | E | Dividend | N | T | | | | | |
| 30. T. Rowe Price-High Yield | D | Dividend | L | T | | | | | |
| 31. Vanguard Group-Intermediate Muni Bond Fund | B | Dividend | L | T | | | | | |
| 32. Vanguard Group - Long-term Muni Bond Fund | B | Dividend | K | T | | | | | |
| 33. Vanguard Tax Exempt Money Market Fund | D | Dividend | M | T | | | | | |
| 34. Nuveen Select Quality Muni Fund | C | Dividend | L | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McBryde, John H | 03/10/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.   Vanguard International Growth Fund | E | Dividend | M | T | | | | | |
| 36.   Vanguard International Value Fund | D | Dividend | M | T | | | | | |
| 37.   •••••••••••••••••••••••• | | | | | | | | | |
| 38.   MUTUAL FUNDS - IRA ROLLOVER (39-46): | | | | | | | | | |
| 39.   T. Rowe Price - High Yield | E | Dividend | M | T | | | | | |
| 40.   Vanguard Group-Wellington | E | Dividend | N | T | Part Redempt | 7/10 | K | | Mandatory IRA Withdrawal |
| 41.   Vanguard Group-GNMA | D | Dividend | M | T | | | | | |
| 42.   Fid. Inv. Int'l Discovery Fund | D | Dividend | M | T | | | | | |
| 43.   Vanguard 500 Index Fund | C | Dividend | M | T | | | | | |
| 44.   Vanguard Equity Income Fund | E | Dividend | N | T | Part Redempt | 7/10 | K | | Mandatory IRA Withdrawaa |
| 45.   Vanguard Windsor Fund | E | Dividend | M | T | | | | | |
| 46.   Vanguard Primecap Fund | C | Dividend | L | T | | | | | |
| 47.   •••••••••••••••••••••••• | | | | | | | | | |
| 48.   MUTUAL FUNDS/IRA NON-ROLLOVER (49-50): | | | | | | | | | |
| 49.   Vanguard Group-Long Term Corp. | E | Dividend | N | T | | | | | |
| 50.   Vanguard Group - Wellington | A | Dividend | K | T | Part Redempt | 12/26 | J | | Mandatory IRA Withdrawal |
| 51.   •••••••••••••••••••••••• | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McBryde, John H | 03/10/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. OTHER (53-55): | | | | | | | | | |
| 53. U.S. Treas. Notes & Bonds | E | Interest | P1 | T | | | | | |
| 54. Sherman Co. TX Min. Int. | A | Royalty | J | W | | | | | |
| 55. Tarrant County, TX Rental Property | | None | | | Sale | 10/22 | L | E | I. H. Turney |
| 56. ************************** | | | | | | | | | |
| 57. LIFE INSURANCE POLICIES (58-59): | | | | | | | | | |
| 58. Allianz Life Ins. Co.-Whole Life Ins. Policy | A | Dividend | J | | | | | | |
| 59. MONY Life Ins. Co. - Whole Life Ins. Policy | B | Dividend | K | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McBryde, John II | 03/10/2008 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

V. OTHER GIFTS. (Continuation of Sec. III).

As a member of the local federal judiciary, I have an honorary membership in The Fort Worth Club. My honorary membership eliminated the need for me to pay $1,764 ($147 per month) in dues that otherwise would have been paid by a member. The $1,764 is the only value the membership had to me during the year 2007.

VIII. INVESTMENTS.

Dividends on the non-IRA mutual funds are reinvested as declared except the T. Rowe Price-High Yield Fund, Vanguard Tax-Free Funds, and Nuveen Fund.

The royalty income in relation to the Sherman County, Texas, mineral interest (item 54) was received from BP American Production Co.

All items of property listed in Section VII are the community property ▬▬▬▬▬▬▬▬ me.

| Name of Person Reporting | Date of Report |
|---|---|
| McBryde, John H | 03/10/2008 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WI[...]VIL
AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544